# Court of Appeals
# of the State of Georgia

ATLANTA, May 09, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1585. KORMAN VENTURES, INC. v. WELLS FARGO BANK N.A.**

Korman Ventures, Inc., filed this direct appeal from the state court's order dismissing his traverse in a garnishment action. Appeals in garnishment cases must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (4) and (b); *Maloy v. Ewing*, 226 Ga. App. 490, 491 (486 SE2d 708) (1997). Because Korman Ventures, Inc., failed to follow the required appellate procedure, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 05/09/2017
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*